

James R. YOCOM, Commissioner, Kentucky
Department of Labor, etc., Appellants,

v.

James E. WILSON et al., Appellees.

Court of Appeals of Kentucky.

Sept. 13, 1974.

William F. Gadd, Department of Labor, Frankfort, for appellants.

Albert W. Spenard, Madisonville, William P. Swain, Wesley G. Gatlin, Louisville, J. Keller Whitaker, Director of Workmen's Comp. Bd., Frankfort, Leland Monhollon, Madisonville, for appellee.

Memorandum Opinion of the Court by Justice MILLIKEN, Affirming.*

Charles Edward RINGO, Appellant,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

Sept. 13, 1974.

Anthony M. Wilhoit, Public Defender, David E. Murrell, Deputy Public Defender, Frankfort, for appellant.

Ed W. Hancock, Atty. Gen., Patrick B. Kimberlin, III, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Commissioner CATINNA, Affirming.*

Joe CODISPOTI and Celena Codispoti,
his wife, Appellants,

v.

Lynn L. JENKINS, widow, Appellee.

Court of Appeals of Kentucky.

Sept. 13, 1974.

Marshall B. Hardy, Jr., Hardy, Logan & Hastings, Louisville, for appellants.

Ephraim K. Lawrence, Jr., Lawrence & Duvall, Louisville, for appellee.

Memorandum Opinion of the Court by Special Commissioner CASS R. WALDEN, Affirming.*

Frank YARNUTOSKI, Appellant,

v.

Clarence I. CRAIG, Appellee.

Court of Appeals of Kentucky.

Sept. 13, 1974.

H. K. Northcutt, Carrollton, for appellant.

D. K. Floyd, Berry & Floyd, Carrollton, for appellee.

Memorandum Opinion of the Court by Special Commissioner ROBERT M. SHORT, Affirming.*

* Opinion ordered not to be published.